Case 07-71621    Doc 54    Filed 03/27/09    Entered 03/27/09 09:25:53    Desc Main
Document    Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEFFREY L. OSTERBERG & LORI J. OSTERBERG    Case Number: 07-71621
1010 LOGAN AVENUE    SSN-xxx-xx-8968 & xxx-xx-1192
BELVIDERE, IL  61008

Case filed on: 7/6/2007
Plan Confirmed on: 10/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $14,742.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LAW OFFICE OF HENRY REPAY | 3,774.00 | 2,274.00 | 2,000.00 | 0.00 |
| | Total Legal | 3,774.00 | 2,274.00 | 2,000.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JEFFREY L. OSTERBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCIAL SERVICES | 500.00 | 500.00 | 500.00 | 0.00 |
| 003 | LITTON LOAN SERVICING LP | 1,514.83 | 1,514.83 | 1,514.83 | 0.00 |
| 004 | NORTHERN PRECISION PLASTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WACHOVIA DEALER SERVICES | 15,237.39 | 15,003.00 | 4,708.29 | 2,326.86 |
| | Total Secured | 17,252.22 | 17,017.83 | 6,723.12 | 2,326.86 |
| 000 | LAW OFFICE OF HENRY REPAY | 0.00 | 1,500.00 | 76.36 | 72.59 |
| 001 | AMERICAN GENERAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WACHOVIA DEALER SERVICES | 0.00 | 234.39 | 8.47 | 9.80 |
| 007 | ROUNDUP FUNDING LLC | 501.58 | 501.58 | 18.18 | 20.90 |
| 008 | CAPITAL ONE BANK (USA) NA | 2,626.59 | 2,626.59 | 130.72 | 130.39 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,159.00 | 1,159.00 | 58.04 | 57.57 |
| 010 | CREDITORS BANKRUPTCY SERVICE | 1,759.63 | 1,759.63 | 87.57 | 87.36 |
| 011 | FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 1,727.36 | 1,727.36 | 85.93 | 85.80 |
| 013 | HIMANSHI THAKKAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 2,504.60 | 2,504.60 | 124.61 | 124.39 |
| 015 | JESSICA LONDON | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROUNDUP FUNDING LLC | 165.98 | 165.98 | 8.28 | 8.28 |
| 018 | ECAST SETTLEMENT CORPORATION | 1,539.22 | 1,539.22 | 76.60 | 76.42 |
| 019 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RADIOLOGY CONSULTANTS OF ROCKFORD LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 1,919.50 | 1,919.50 | 95.49 | 95.33 |
| 024 | ECAST SETTLEMENT CORPORATION | 4,838.09 | 4,838.09 | 240.75 | 240.23 |
| 025 | WELLS FARGO FINANCIAL | 4,058.47 | 4,058.47 | 201.96 | 201.52 |
| 026 | B-REAL LLC | 2,559.07 | 2,559.07 | 127.35 | 127.05 |
| | Total Unsecured | 25,359.09 | 27,093.48 | 1,340.31 | 1,337.63 |
| | Grand Total: | 46,385.31 | 46,385.31 | 10,063.43 | 3,664.49 |

Total Paid Claimant:    $13,727.92
Trustee Allowance:    $1,014.08
Percent Paid Unsecured:    4.95

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009    By  /s/Heather M. Fagan